■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY PITTMAN, Appellant. [751 NYS2d 860] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 23, 2001 (*People v Pittman,* 282 AD2d 693), affirming a judgment of the Supreme Court, Kings County, rendered December 4, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). S. Miller, J.P., O'Brien, Friedmann and Townes, JJ., concur.